WILLIAM R. MONTGOMERY v. WILSON M. SHEAR and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY E. DAVIS v. CLARENCE C. PERPALL and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS COHEN v. SADIE MAINTHOW.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BENJAMIN F. BURKWITT v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL E. SULLIVAN, Appellant.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

In the Matter of Proving the Last Will and Testament of SAMUEL G. DAYTON, Deceased, as a Will, etc.  WILLIAM D. DAYTON and Another, Appellants; JENNIE D. STILLWELL and Another, Respondents.— Decree and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

CHARLES H. STUDIN, Respondent, v. CHARLES SHONINGER and Another, Appellants.— Judgment and order modified as directed in order and as modified affirmed, with costs to respondent.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

JENNIE VOGEL, Appellant, v. THE UNDERPINNING AND FOUNDATION COMPANY, Respondent, Impleaded with Another.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

SANTO MESSINEO, an Infant, by GIOVANNI MESSINEO, His Guardian ad Litem, Respondent, v. REBECCA G. CARPENTER, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

GIOVANNI MESSINEO, Respondent, v. REBECCA G. CARPENTER, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

BETTY GOLDBERG, an Infant, by LIZE GOLDBERG, Her Guardian ad Litem, Appellant, v. WILLIAM EGLOFF, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.; Clarke, P. J., dissented.

THE GOODYEAR TIRE AND RUBBER COMPANY, INC., Appellant, v. VUL-CANIZED PRODUCTS COMPANY, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.; Shearn, J., dissented.